**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA,

  Plaintiff,

    v.                                COURT NUMBER: 4:07CV223-SPM/WCS

JOHN H. COBB,

  Defendant.
_____/

## **DEFAULT JUDGMENT**

     The Complaint in the above-entitled action was filed in this Court on May 22nd, 2007, and after due service of process on the Defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the Defendant.  Default was duly entered as to the Defendant on November 5th, 2007.

     By reason of this default, IT IS HEREBY ORDERED and ADJUDGED that the Plaintiff, United States of America, does have and recover of and from the Defendant the sum of $2,831.98 principal with interest accruing at the rate of 8.00% per annum in the amount of $3,711.33; costs in the amount of $274.85 owed to the United States Marshall's Office for Service of Process and $350.00 for costs of the court allowed pursuant to 28 U.S.C. §2412(a)(2), plus interest from the date of judgment at the legal rate of 1.66 percent computed daily and compounded annually until paid in full.

     DONE AND ORDERED this <u>tenth</u> day of March, 2008.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge